```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK         X
---------------------------------------X
IN RE                                   CASE NO.
JOHN ANNUNZIATA
TONILYNN ANNUNZIATA
```

**CHAPTER 13 PLAN**

```
                Debtor(s).
---------------------------------------X
```

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a period of 60 months, the sum of:

   * $650.00 commencing APRIL, 2014 through and including MARCH, 2016 and $1,090 commencing APRIL, 2016 through and including MARCH, 2019, the last month of the plan.

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payments in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 including Jacoby & Jacoby in the amount of $2500
   (b) Holder of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:
   During the pendency of this case, in addition to the monthly payments, the debtors will provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period commencing with the tax year 2012. Indicated tax refunds are to be paid to the Trustee upon receipt, however, no later than June 15th of the year in which the tax returns are filed
   ALL POST-PETITION MORTGAGE PAYMENTS TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).

BSI FINANCIAL SERVICES(ACCT 4873 1ST MORTGAGE ON 17 ALLEGHENY DR WEST FARMINGVILLE, NY) TO BE PAID $45,000 IN ARREARS
CAPITAL ONE AUTO(ACCT 4324 AUTO LOAN ON 2006 NISSAN ARMADA) IS CURRENT AND TO BE PAID OUTSIDE PLAN
   (c) Subsequent and/or concurrently with the distribution to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:
Pro rata distribution to all timely filed proofs of claims

3. The following executory contracts and/or leases of the debtor are rejected:            **NONE**
   Title to the debtor(s) property shall revest in the debtor upon completion of the plan or dismissal of the case, unless otherwise provided in the Order confirming this plan
   Throughout the term of this plan, debtor agrees that debtor will not incur post-petition debt over $1500.00 without first notifying the Chapter 13 trustee in writing.

```
Dated: 3/22/2014                        /S JOHN ANNUNZIATA
                                        /S TONILYNN ANNUNZIATA
 /s Richard Jacoby
Richard A. Jacoby, Esq.
Attorney for Debtor(s)
```